IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS E. SCHOEN**,<br>1111 Park Avenue, Apt. 6<br>New York, NY 10128,<br><br>　　　　**Plaintiff**,<br>v.<br>**CHRISTOPHER COOPER**,<br>644 9th Street, NE<br>Washington, DC 20002<br><br>**THE POTOMAC SQUARE GROUP**,<br>660 Pennsylvania Ave., SE, Suite 303<br>Washington, DC 20003,<br><br>　　　　**Defendants**. | Civil Action No. 1:15-cv-02036 (CRC) |

**RULE 7.1 CERTIFICATE OF DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

　　　　Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

　　　　I, the undersigned, counsel of record for Defendants Christopher Cooper and the Potomac Square Group, certify that to the best of my knowledge and belief no parent companies, subsidiaries or affiliates of the Potomac Square Group have any outstanding securities in the hands of the public.

　　　　These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 12, 2016

Respectfully submitted,

/s/ Alison Schary
Alison Schary (DC Bar No. 1014050)
Laura R. Handman (DC Bar No. 444386)
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue N.W., Suite 800
Washington, DC  20006-3401
(202) 973-4200
alisonschary@dwt.com
laurahandman@dwt.com

*Attorneys for Defendants Christopher Cooper and the Potomac Square Group*